UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| John M. Evans, III, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Yanesh Brothers Construction Co., Inc.; Charles Yanesh; William Yanesh and William Yanesh, Jr.<br><br>Defendants. | No.  1:17-cv-02041-CAB<br><br>THE HONORABLE CHRISTOPHER A. BOYKO<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE**<br>~~(Proposed)~~ |

This matter came before the Court on this 14th day of March, 2018 upon Plaintiff's Unopposed Motion to Dismiss without Prejudice. For good cause shown, the Court finds Plaintiff's Motion well taken. Plaintiff's Complaint is hereby dismissed without prejudice.

Date:  3/14/2018

s/ Christopher A. Boyko
**JUDGE CHRISTOPHER A. BOYKO**